IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Magpul Industries Corp., <br><br> Plaintiff, <br><br> v. <br><br> Mission First Tactical, LLC <br><br> Defendant. | Civil Action No. 2:24-cv-05551-KSM |

## ORDER

AND NOW, this _____ day of _____ 2025, it is ORDERED as follows:

Upon consideration of plaintiff Magpul Industries Corp.'s unopposed Motion for Admission Pro Hac Vice (Doc. No. ____), it is ORDERED that the motion is GRANTED, and that Daniel A. Crowe, Colin D. Dailey, and Leif H. Olson are admitted *pro hac vic*e to appear before this Court and participate in this action on behalf of Plaintiff.

IT IS SO ORDERED.

_____
KAREN SPENCER MARSTON, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Magpul Industries Corp., <br><br> Plaintiff, <br><br> v. <br><br> Mission First Tactical, LLC <br><br> Defendant. | Civil Action No. 2:24-cv-05551-KSM |

## UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE

Plaintiff Magpul Industries Corp. ("Magpul"), by and through its undersigned counsel, hereby moves the admission *pro hac vice* of Daniel A. Crowe, Colin D. Dailey, and Leif Olson, and, in support thereof, states as follows:

1. I am admitted to practice before this Court and am a member of good standing in its bar.

2. I have entered my appearance in this case as counsel for Magpul.

3. Magpul requests that, Daniel A. Crowe, Colin D. Dailey, and Leif H. Olson be admitted *pro hac vice* and serve as its counsel for the reasons set forth in paragraphs 5 of their accompanying declarations in support of this motion.

4. I understand I am not relieved of responsibility as counsel for Magpul if Messrs. Crowe, Dailey, and Olson are admitted *pro hac vice*.

5. I have conferred with Defendant's counsel, and Defendant is not opposed to this motion.

WHEREFORE, Magpul requests the Court grant this motion and admit Daniel A. Crowe, Colin D. Dailey, and Leif Olson, *pro hac vice*.

DATED: May 8, 2025                                  Respectfully submitted,

*[signature: Edward F. Borden]*

_____
Edward F. Borden, Jr.
Earp Cohn P.C.
123 S. Broad Street, Suite 1030
Philadelphia, PA  19109

***Attorneys for Plaintiff Magpul Industries Corp.***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Magpul Industries Corp., <br><br> Plaintiff, <br><br> v. <br><br> Mission First Tactical, LLC <br><br> Defendant. | Civil Action No. 2:24-cv-05551-KSM |

**DECLARATION OF DANIEL A. CROWE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Daniel A. Crowe, declare under oath as follows:

1. I submit this declaration in support of Plaintiff Magpul Industries Corp.'s ("Magpul") Motion for Admission Pro Hac Vice.

2. I was admitted to the Bar of the State of Missouri on September 30, 1994, and to the Illinois Bar in 1995. My admissions to the Missouri Bar and the Illinois Bar are active and in good standing. My Missouri Bar license number is 41410 and my Illinois Bar license number is 6229081.

3. I have also been admitted to practice before several U.S. District Courts and U.S. Courts of Appeals, as well as the U.S. Patent and Trademark Office, and these admissions are all active and in good standing. These admissions include:

   a. U.S. Patent and Trademark Office #39,644 – February 14, 1996

   b. U.S. Court of Appeals for the Federal Circuit – May 1, 1995

   c. U.S. District Court for the District of Colorado – April 5, 2016

   d. U.S. District Court for the Eastern District of Texas – July 7, 2010

  e. U.S. District Court for the Southern District of Illinois - November 9, 1995

  f. U.S. District Court for the Eastern District of Missouri – January 1, 1995

  4. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

  5. Plaintiff Magpul believes it will receive the best legal representation in this case if I am admitted *pro hac vice* and assume a role as lead counsel. I have been involved in patent litigation in many cases throughout the country for more than three decades.

  6. I have read and am familiar with the Pennsylvania Rules of Professional Conduct and the Local Rules of the United States District Court for the Eastern District of Pennsylvania and agree to be bound by both sets of Rules for the duration of the above-entitled case.

  7. If admitted pro hac vice in this matter, I will in good faith continue to advise counsel who moved for my admission in this case as to the case's status and all material developments therein.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed this 7th day of May 2025.

              */s/ Daniel A. Crowe*
              Daniel A. Crowe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Magpul Industries Corp., <br><br> Plaintiff, <br><br> v. <br><br> Mission First Tactical, LLC <br><br> Defendant. | Civil Action No. 2:24-cv-05551-KSM |

## DECLARATION OF COLIN D. DAILEY IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

I, Colin D. Dailey, declare under oath as follows:

1. I submit this declaration in support of Plaintiff Magpul Industries Corp.'s ("Magpul") Motion for Admission Pro Hac Vice.

2. I was admitted to the Bar of the State of California on December 4, 2013 (bar number 293942) and to the Bar of the State of North Carolina on April 26, 2019 (bar number 54408). My admissions to the California Bar and North Carolina Bar are active and in good standing.

3. I have also been admitted to practice before several U.S. District Courts and a U.S. Court of Appeal. These admissions are all active and in good standing. These admissions include:

   a. U.S. Court of Appeals for the Ninth Circuit

   b. U.S. District Court for the Central District of California

   c. U.S. District Court for the Northern District of California

   d. U.S. District Court for the Southern District of California

   e. U.S. District Court for the Middle District of North Carolina

    f. U.S. District Court for the Western District of North Carolina

    g. U.S. District Court for the Eastern District of North Carolina

  4. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

  5. Plaintiff Magpul believes it will receive the best legal representation in this case if I am admitted *pro hac vice* and assume a role as counsel. I have been involved in patent litigation in many cases throughout the country.

  6. I have read and am familiar with the Pennsylvania Rules of Professional Conduct and the Local Rules of the United States District Court for the Eastern District of Pennsylvania and agree to be bound by both sets of Rules for the duration of the above-entitled case.

  7. If admitted pro hac vice in this matter, I will in good faith continue to advise counsel who moved for my admission in this case as to the case's status and all material developments therein.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed this 6th day of May 2025.

            /s/ *Colin D. Dailey*
            Colin D. Dailey

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Magpul Industries Corp., <br><br> Plaintiff, <br><br> v. <br><br> Mission First Tactical, LLC <br><br> Defendant. | Civil Action No. 2:24-cv-05551-KSM |

## DECLARATION OF LEIF H. OLSON IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

I, Leif H. Olson, declare under oath as follows:

1. I submit this declaration in support of Plaintiff Magpul Industries Corp.'s ("Magpul") Motion for Admission Pro Hac Vice.

2. I was admitted to the Bar of the State of Colorado on November 9, 2015 (bar number 48999). My admission to the Colorado Bar is active and in good standing.

3. I have also been admitted to practice before two U.S. District Courts as well as the U.S. Patent and Trademark Office, and these admissions are all active and in good standing. These admissions include:

    a. U.S. Patent and Trademark Office #79,428 – December 1, 2020

    b. U.S. District Court for the District of Colorado – October 6, 2017

    c. U.S. District Court for the Eastern District of Texas – April 11, 2022.

4. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

5. Plaintiff Magpul believes it will receive the best legal representation in this case if I am admitted *pro hac vice* and assume a role as counsel. I have been involved in patent litigation in many cases throughout the country.

6. I have read and am familiar with the Pennsylvania Rules of Professional Conduct and the Local Rules of the United States District Court for the Eastern District of Pennsylvania and agree to be bound by both sets of Rules for the duration of the above-entitled case.

7. If admitted pro hac vice in this matter, I will in good faith continue to advise counsel who moved for my admission in this case as to the case's status and all material developments therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May 2025.

/s/ *Leif H. Olson*
Leif H. Olson

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Magpul Industries Corp., <br><br> Plaintiff, <br><br> v. <br><br> Mission First Tactical, LLC <br><br> Defendant. | Civil Action No. 2:24-cv-05551-KSM |

## CERTIFICATE OF SERVICE

I, Edward F. Borden, Jr., counsel for Plaintiff in the above-entitled action, hereby certify that the foregoing Motion for Admission *Pro Hac Vice* and supporting documents were filed this date via the Court's ECF system and a copy of the same was forwarded to Defendant's counsel via ECF and e-mail as follows:

Lindsay Andreuzzi
Kutak Rock LLP
Two Logan Square
100 N. 18th Street
Suite 1920
Philadelphia, PA 19103-4104
Telephone: 215-299-4384
Fax: 215-981-0719
Email: lindsay.andreuzzi@kutakrock.com

Scott Joseph Strohm
Kutak Rock LLP
2405 Grand Blvd.
Suite 600
Kansas City, MO 64108
Telephone: 816-502-4620
Email: scott.strohm@kutakrock.com

and

Jason Jackson, Esquire
Kutak Rock LLP
2001 16th Street
Suite 1800
Denver, CO 80202
303-297-2400
Email: jason.jackson@kutakrock.com
*Admitted Pro Hac Vice*

                                                                                         Respectfully submitted,

DATED: May 8, 2025                 */s/ Edward F. Borden, Jr.*
                                                                          Edward F. Borden, Jr.,
                                                                          Earp Cohn
                                                                          123 S. Broad Street, Suite 1030
                                                                          Philadelphia, PA  19109

                                                                          ***Attorneys for Plaintiff Magpul Industries Corp.***