## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

**MAGPUL INDUSTRIES CORP.,**

   Plaintiff,

   *v.*

**MISSION FIRST TACTICAL, LLC**,

   Defendant.

**CIVIL ACTION NO. 24-5551-KSM**

### JOINT MOTION TO AMEND THE CLAIM CONSTRUCTION SCHEDULE

   Plaintiff Magpul Industries Corp. ("Magpul") and Defendant Mission First Tactical, LLC ("MFT"), by and through their respective counsel, hereby stipulate and respectfully move the Court as follows:

1. New counsel from Bryan Cave Leighton Paisner LLP have entered their appearance for Magpul.  *See* Docket Nos. 37 and 38.  Attorney Daniel A. Crowe will be lead counsel for Magpul.

2. Pursuant to the Court's request from the Status Hearing held on April 28, 2025, Magpul and MFT have met and conferred regarding proposed amendments to the claim construction provisions of the current Scheduling Order (Docket No. 17).

3. In the current Joint Claim Construction Chart submitted to the Court on April 2, 2025, defendant MFT asserted that five claim terms contained in the six asserted claims of the two asserted patents violate one or more provisions of 35 U.S.C. § 112 and, as a consequence, any claim including one or more such terms are invalid.  MFT, as the party challenging the patent's presumptive validity, bears the burden of proving invalidity by

clear and convincing evidence.  *Microsoft Corp. v. i4i Ltd. P'ship*, 564 U.S. 91, 95 (2011).
For this reason, the parties agree that Magpul should have an opportunity to respond in
writing to MFT's arguments and evidence in support of its assertions under § 112.  Thus,
the parties propose that they each serve an opening brief not to exceed 20 pages and they
each serve an answering brief not to exceed 10 pages.

4.  In view of the revised claim construction dates the parties believe it is reasonable to
consider extending subsequent deadlines in the Court's Scheduling Order.  This proposal
includes such extended dates for the Court's consideration.

5.  Magpul and MFT propose the following amendments to the paragraphs 6-8 of the Court's
current Scheduling Order:

| Section of Scheduling Order | Event | Current Date | Proposed |
|---|---|---|---|
| 6.B. | Prepare and submit Joint Claim Construction Chart | April 2, 2025 | May 27, 2025 |
| 6.C | Completion of claim construction discovery | June 2, 2025 | July 3, 2025 |
| 6.D | Parties serve opening claim construction briefs (limited to 20 pages) | June 16, 2025 (for plaintiff) | July 16, 2025 (both parties) |
| 6.D | Parties serve answering claim construction briefs (limited to 10 pages) | June 30, 2025 (for defendant) | August 15, 2025 (both parties) |
| 6.D | File joint claim construction brief | July 7, 2025 | August 22, 2025 |

| 7 | Technology tutorial | July 7, 2025 | August 22, 2025 |
|---|---|---|---|
| 8 | Hearing on claim construction | July 30, 2025 | The parties propose September 22, 2025 |
| 9.A | Discovery Cut Off | January 9, 2026 | April 22, 2026 |
| 9.B | Document Production | October 10, 2025 | December 1, 2025 |
| 11.A | Expert Reports for Party with Burden of Proof | November 10, 2025 | January 26, 2026 |
| 11.A | Supplemental Expert Disclosures to contradict or rebut evidence | December 10, 2025 | February 23, 2026 |
| 12 | Case Dispositive Motions | February 9, 2026 | May 20, 2026 |
| 12. | Responses to Case Dispositive Motions | March 9, 2026 | June 17, 2026 |

6. For the reasons stated above, Magpul and MFT respectfully move the Court to amend the current Scheduling Order as provided herein.

7. A proposed order is attached.

WHEREFORE, the parties respectfully request that the Court grant their Motion to Amend Scheduling Order.

**STIPULATED AND AGREED:**

For Plaintiff:

*/s/ Daniel A. Crowe*
**Daniel A. Crowe, Esq.**
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Ste. 3600
St. Louis, Missouri 63102
dan.crowe@bclplaw.com
Admitted *Pro Vice*

Dated:  May 16, 2025

For Defendant:

*/s/ Jason S. Jackson*
**Jason S. Jackson, Esq.**
Kutak Rock LLP
2001 16th Street, Suite 1800
Denver, CO 80202
jason.jackson@kutakrock.com
Admitted *Pro Hac Vice*

**<u>CERTIFICATE OF SERVICE</u>**

I, Lindsay Andreuzzi, attorney for Defendant, being duly sworn, do hereby certify that I caused a

true and correct copy of the foregoing, to be filed with the Court.  Service of same will be made

upon all counsel of record via the Court's Electronic Filing System and e-mail.

*/s/ Lindsay Andreuzzi*_____
Lindsay Andreuzzi, Esq. (ID: 310601)
Kutak Rock LLP
Two Logan Square
100 N. 18th Street, Suite 1920
Philadelphia, PA 19103-4104
Phone: (215) 299-4384
Lindsay.Andreuzzi@KutakRock.com
*Attorney for Defendant*

Date: May 16, 2025